AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

DAMEON J. YATES
DOB:
PDID:
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 21, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Firestorm .45 caliber handgun and .45 caliber ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER CHARLES FULTZ__, and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
**OFFICER CHARLES FULTZ**
**NARCOTICS SPECIAL INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

Date _____  at  __Washington, D.C.__
                                    City and State

Name & Title of Judicial Officer        Signature of Judicial Officer