## STATEMENT OF FACTS

On Tuesday, March 21, 2006, at about 7:25 p.m., an undercover officer assigned to the Metropolitan Police Department's Narcotics and Special Investigation Division went to the area of 17th and R Streets, S.E., Washington, D.C., and talked with the defendant, Dameon Yates, about purchasing crack cocaine. After a brief conversation with the defendant, the undercover officer gave the defendant $20.00 of pre-recorded MPDC funds in exchange for 2 ziplocks containing a white rock-like substance. A portion of the white rock-like substance field tested positive for cocaine. A lookout was given for the defendant and arrest teams moved in to the area and attempted to stop the defendant. As the defendant attempted to run, officers pulled the defendant's jacket. As the defendant pulled away from his jacket, a handgun fell to the ground. The defendant was stopped and officers placed him under arrest. Officers recovered a loaded Firestorm .45 caliber handgun from the ground. To the best of the undersigned officer's knowledge, defendant Dameon Yates has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F05213-99. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge, there are no Firestorm .45 caliber handguns nor ammunition manufactured in District of Columbia.

---

OFFICER CHARLES FULTZ
NARCOTICS & SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MARCH, 2006.

---

U.S. MAGISTRATE JUDGE